UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18614
    GREGORY E. JURSINIC
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK


          Debtor
    SSN XXX-XX-6856

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/10/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER          , was allowed $  3500.00
and was paid $   1091.00  direct and $     .00  through the plan.

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```